IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| DEBRA S. JONES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No.: 5:17-cv-00069-D |
| v. ) | |
| ) | |
| WELLS FARGO COMPANY, & ) | |
| JOSHUA HODGIN, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**ORDER GRANTING JOINT MOTION TO STAY
THE DEADLINES IN THE COURT'S ORDER FOR DISCOVERY PLAN**

THIS MATTER is before the Court on the Joint Motion to Stay the Deadlines in the Order for Discovery Plan. For good cause show, the Motion is **GRANTED**.

IT IS HEREBY ORDERED that the deadlines in the Order for Discovery Plan are stayed until fourteen (14) days after this Court rules on Defendants' Motion to Dismiss Plaintiff's Amended Complaint and Plaintiff's Motion to Remand.

This the 14 day of March 2017.

_____