IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:17-CV-69-D

DEBRA S. JONES, )
)
          Plaintiff, )
)
v. ) **ORDER**
)
WELLS FARGO COMPANY, )
and JOSHUA HODGIN, )
)
          Defendants. )

The court is very familiar with this case, the record, and the governing law. The amount in controversy does not exceed "the sum or value of $75,000, exclusive of interest or costs." 28 U.S.C. § 1332(a); see [D.E. 16-1]; cf. Jones v. Wells Fargo Co., No. 15-2403, 2016 WL 7240180 (4th Cir. Dec. 15, 2016) (per curiam) (unpublished). Plaintiff's motion to remand [D.E. 15] is GRANTED, and the action is REMANDED to Nash County Superior Court. Plaintiff's request for attorney's fees and costs is DENIED.

SO ORDERED. This 10 day of April 2017.

                                            JAMES C. DEVER III
                                            Chief United States District Judge